UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media, LLC,

                        Plaintiff(s),

v.                                                Case No. 2:18–cv–11778–SJM–RSW
                                                  Hon. Stephen J. Murphy

John Doe subscriber assigned
IP Address 74.199.96.146,

                        Defendant(s),

## NOTICE TO APPEAR

    You are hereby notified to appear before District Judge Stephen J. Murphy, III at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 815, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  August 7, 2018 at 09:00 AM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/D Parker
                                                        Case Manager

Dated:  July 31, 2018